**Kaufman
Lieb
Lebowitz &
Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

October 27, 2025

**By ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Ramos v. NYCHA, et al.,* 25 Civ. 4462 (JHR)

Dear Judge Rearden:

This firm represents Plaintiff Emily Ramos in the above referenced action. I write in response to Defendant NYCHA's pre-motion letter seeking a stay of discovery pending its motion to dismiss, ECF No. 20. While Plaintiff is confident that she will prevail on NYCHA's motion to dismiss, after additional consideration, Plaintiff does not oppose NYCHA's request for a stay.[1]

Defendant New York City Housing Authority's unopposed application to stay discovery pending resolution of its motion to dismiss at ECF No. 11 is GRANTED. Within two weeks of any ruling on the motion to dismiss that sustains the Complaint in whole or in part, Defendant shall file a letter requesting a conference for the purpose of establishing a case management plan.

Respectfully Submitted,

Alanna Kaufman

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 31, 2025

---

[1] At the time that Plaintiff submitted a letter requesting a Rule 16 conference, Plaintiff was unaware that NYCHA intended to move for a stay and that the Court's default judgment order was forthcoming.

Alanna Kaufman* · Douglas E. Lieb‡ · David A. Lebowitz · Alison Frick*

Alyssa Isidoridy · Ray Durham†

*Also admitted in New Jersey  ‡Also admitted in California and Connecticut  †Also admitted in Maryland