**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

EMILY RAMOS,

                         Plaintiff,                         **25-CV-4462 (JHR) (KHP)**

                -against-                                 **ORDER**

NEW YORK CITY HOUSING AUTHORITY, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of a letter from Defendant New York City Housing Authority indicating that discovery in this action was stayed by order of the Hon. Jennifer H. Rearden, U.S.D.J., dated October 31, 2025. (ECF No. 25.)  The undersigned was referred for general pretrial on December 16, 2025. (ECF No. 32.)  Thereafter, the Court scheduled an initial case management conference for February 18, 2026, at 10:00 a.m.

In view of the stay, the February 18, 2026 conference is adjourned *sine die*.  If any party requests to vacate or modify the discovery stay, they should address it to the undersigned.

       **SO ORDERED.**

DATED:     New York, New York
            December 22, 2025

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge